UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                                        CRIMINAL ACTION NO. 3:98CR35-S

BRENNAN JAMES CALLAN                                                   DEFENDANT

### MEMORANDUM OPINION

Brennan James Callan has filed a series of motions which, in essence, seek to attack his 1999 conviction for partially sinking the steamboat Belle of Louisville in violation of 18 U.S.C. § 2275.

Callan has filed the following motions:

1. "Motion for Dismissal: Forum Non Conveniens: Want of Subject-Matter-Jurisdiction" (DN 296),

2. "Motion for Staying/Delaying DNA Testing of Callan" (DN 297),

3. "Motion for Resentencing" (DN 298),

4. "Defendant's Motion for Default Judgment on Motions" (DN 301),

5. "Defendant's Motion to Exceed Page Limits" (DN 305).

Callan contends that this court lacked jurisdiction with respect to his prosecution because the Belle of Louisville was sunk at its wharf on the Ohio River at Louisville, and not on the high seas.

In response, the United States filed a motion to dismiss Callan's motions, noting that his conviction was long ago affirmed on appeal and that Callan's time for filing for relief pursuant to 28 U.S.C. § 2255 has long passed. In response, Callan disclaims any reliance on Section 2255.

- 2 -

The United States' contention is quite correct. There is simply no authority for this court to entertain Callan's motions.

On the merits, the jurisdictional issues were resolved against Callan's position. *United States v. Callan*, 22 Fed. Appx. 434, 444 (6th Cir. 2001); *United States v. Callan*, 72 Fed. Appx. 349, 350 (6th Cir. 2003). The jurisdiction issue is *res adjudicata*.

An order in conformity herewith will be entered this date.

cc:    Counsel of Record
       Brennan James Callan, *pro se*